UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK CHRISTIAN, | ) |
|         *Plaintiff*, | ) |
| v. | ) Civil Action No. 24-3038 (UNA) |
| JOE BIDEN, *et al.*, | ) |
|         *Defendants*. | ) |

**MEMORANDUM OPINION**

*Pro se* Plaintiff Patrick Christian brings this suit against President Joe Biden, Vice President Kamala Harris, and former Presidents Barack Obama and Donald Trump, and he seeks leave to proceed *in forma pauperis* ("IFP"). The court will grant his IFP motion and dismiss the case.

Mr. Christian alleges that Defendants conspired against him "by writing Executive Orders and giving verbal commands to commit . . . violations," ECF No. 1, at 4, under a litany of constitutional provisions, federal laws, and the laws of certain states, *id.* at 6-8. He seeks an order compelling "Harris and Trump to remove themselves from [the] race"—presumably a reference to the concluded presidential race—"because America does not need these types of leaders." *Id.* at 4. Mr. Christian also seeks $14.7 billion in damages. *Id.* at 9.

When a complaint lacks "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), it will be dismissed as frivolous under the IFP statute, *see* 28 U.S.C. § 1915(e)(2)(B)(i); *Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss

as frivolous complaints reciting bare legal conclusions with no suggestion of supporting facts, or postulating events and circumstances of a wholly fanciful kind."). Because no "allegation of other facts" could plausibly cure the deficiencies of Plaintiff's complaint, this case will be dismissed with prejudice. *Firestone v. Firestone*, 76 F.3d 1205, 1209 (D.C. Cir. 1996) (per curiam). A separate Order accompanies this Memorandum Opinion.

LOREN L. ALIKHAN
United States District Judge

Date:   December 13, 2024